IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00681-PSF-CBS

PLAYHARD, INC., a Colorado corporation; and
NITE IZE, INC., a Colorado corporation,

      Plaintiffs,

v.

GURU, INC., an unknown corporation;
SCHYLLING ASSOCIATES, INC., a Massachusetts corporation;
KOHL'S DEPARTMENT STORES, INC.;
MATHEW MOWBRAY; and
DOES 1-9, inclusive,

      Defendants.

---

### REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

---

Writ: Summons; Plaintiff's First Amended Complaint and Jury Demand; Instructions Regarding Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction Pursuant to 28 U.S.C. § 636(c), F.R.Civ.P. 73, and D.C.COLO.LCivR 72.2

      The United States District Court, District of Colorado presents its compliments to the appropriate Judicial Authority in New Zealand and requests international judicial assistance to effect service of process upon a named Defendant in the above captioned civil proceeding currently pending before this Court.  This Court requests the assistance described herein as necessary in the interests of justice.  It has been represented to this Court that Defendant MATHEW MOWBRAY may be found at the following address:

452A TAUWHARE ROAD, RD4
OLD MATANGL DAIRY FACTORY
MATANGL
NEW ZEALAND

      The Court respectfully requests that you cause one copy of the attached documents to be served upon MATHEW MOWBRAY at the above described address in the manner prescribed for a service of similar documents under the laws of New Zealand.  This Court further requests that, after service has been made, you cause the person who serves the documents upon MATHEW MOWBRAY to execute a Certificate

of Service and return it, together with a copy of the documents served, addressed to the Clerk of the United States District Court for the District of Colorado, Alfred A. Arraj Courthouse, Room A-105, 901 19th Street, Denver, Colorado, 80294-3589, United States of America.

The Plaintiff's Attorney stands ready to reimburse your authority for all expenses incurred in executing this request for international judicial assistance.  This Court also assures your authority that it will reciprocate with similar assistance in like cases.

The Court extends to the judicial authorities in New Zealand the assurances of its highest consideration.

June 5, 2006                                                 *s/ Phillip S. Figa*
_____        _____

Date                                                            Honorable Phillip S. Figa
                                                                   United States District Judge