IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00681-PSF-CBS

PLAYHARD, INC., a Colorado corporation; and
NITE IZE, INC., a Colorado corporation,

    Plaintiffs,

v.

GURU, INC., an unknown corporation;
SCHYLLING ASSOCIATES, INC., a Massachusetts corporation;
KOHL'S DEPARTMENT STORES, INC., a Delaware corporation;
MATHEW MOWBRAY, an individual; and
DOES 1-9, inclusive,

    Defendants.

## ORDER TO SET HEARING ON TEMPORARY RESTRAINING ORDER

This matter is before the Court on Plaintiffs' Application for Temporary Restraining Order and Motion for Preliminary Injunction (Dkt. # 22).  The Court hereby

ORDERS that a two-hour hearing has been scheduled before the undersigned on plaintiffs' application and motion for **Thursday, June 29, 2006 at 10:00 a.m.** Plaintiffs' counsel is DIRECTED to advise defendants who have been served and are not yet represented by counsel of the date and time of said hearing.  Any party or party representative, including counsel, may appear by telephone.

    DATED:  June 26, 2006

                              BY THE COURT:

                              *s/ Phillip S. Figa*
                              _____
                              Phillip S. Figa
                              United States District Judge