IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00681-PSF-CBS

PLAYHARD, INC., a Colorado corporation; and
NITE IZE, INC., a Colorado corporation,

    Plaintiffs,

v.

GURU, INC., an unknown corporation;
SCHYLLING ASSOCIATES, INC., a Massachusetts corporation;
KOHL'S DEPARTMENT STORES, INC., a Delaware corporation;
MATHEW MOWBRAY, an individual; and
DOES 1-9, inclusive,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT SCHYLLING

Having considered the parties' Stipulation of Dismissal without Prejudice (Dkt. # 24) as to Defendant Schylling, it is ORDERED that Defendant Schylling Associates, Inc. is DISMISSED without prejudice from this litigation, each party to pay its own costs and attorneys' fees. The Court retains jurisdiction over the plaintiffs' claims against the remaining defendants. The caption of further pleadings shall reflect that Schylling Associates, Inc. is no longer a defendant in this case.

DATED: June 29, 2006

                                          BY THE COURT:

                                          *s: Phillip S. Figa*
                                          Phillip S. Figa
                                          United States District Judge