IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00681-PSF-CBS

PLAYHARD, INC., a Colorado corporation; and
NITE IZE, INC., a Colorado corporation,

    Plaintiffs,

v.

GURU, INC., an unknown corporation;
MATHEW MOWBRAY, an individual; and
DOES 1-9, inclusive,

    Defendants.

---

## ORDER TO RESET HEARING

---

This matter is before the Court *sua sponte*. It is hereby ORDERED that the preliminary injunction hearing currently set for July 19, 2006 at 10:00 a.m. is RESET to July 19, 2006 at **2:00 p.m.**

    DATED: July 18, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*
                                            _____
                                            Phillip S. Figa
                                            United States District Judge