IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00681-PSF-CBS

PLAYHARD, INC., a Colorado corporation; and
NITE IZE, INC., a Colorado corporation,

    Plaintiffs,

v.

GURU TOYS, LTD., a New Zealand corporation;
MATHEW MOWBRAY, an individual; and
DOES 1-9, inclusive,

    Defendants.

---

## AMENDED ORDER TO ADJUST TRIAL SCHEDULE

This Court's Order to Adjust Trial Schedule (Dkt. # 80) is AMENDED as follows:

The Final Trial Preparation Conference is SET for **Friday, January 5, 2007 at 3:00 p.m.**

The five-day jury trial has been RESET to **Monday, January 16, 2007 at 9:00 a.m.**

DATED:  October 11, 2006

                                    BY THE COURT:

                                    *s/ Phillip S. Figa*

                                    _____
                                    Phillip S. Figa
                                    United States District Judge