IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00681-PSF-CBS

PLAYHARD, INC., a Colorado corporation; and
NITE IZE, INC., a Colorado corporation,

    Plaintiffs,

v.

GURU TOYS, LTD., a New Zealand corporation;
MATHEW MOWBRAY, an individual; and
DOES 1-9, inclusive,

    Defendants.

## ORDER RE: MOTION TO ENFORCE

This matter is before the Court on Plaintiffs' Motion to Enforce Preliminary Injunction and for Appropriate Sanctions (Dkt. # 86). It is hereby ORDERED that defendants shall file a response to this motion on or before November 2, 2006, and any reply shall be filed no later than November 9, 2006.

    DATED:  October 20, 2006

                                                      BY THE COURT:

                                                    *s/ Phillip S. Figa*

                                                    _____
                                                    Phillip S. Figa
                                                    United States Distrct Judge