IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00681-PSF-CBS

PLAYHARD, INC., a Colorado corporation; and
NITE IZE, INC., a Colorado corporation,

      Plaintiffs,

v.

GURU TOYS, LTD., a New Zealand corporation;
MATHEW MOWBRAY, an individual; and
DOES 1-9, inclusive,

      Defendants.

---

**ORDER REGARDING DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO DESIGNATE EXPERT TESTIMONY**

---

This matter is before the Court on Defendants' Second Motion for Extension of Time to Provide Initial Discovery and Defendants' First Motion for Extension of Time to Provide Expert Testimony Report Under F.R.C.P. 26(a)(2)(B) (Dkt. # 84), filed October 14, 2006.  By Order entered October 16, 2006 (Dkt. # 85), the Court granted the extension motion as to the initial discovery and directed plaintiffs to file a response to the defendants' motion for a 21-day extension of time to provide expert disclosures pursuant to Rule 26(a)(2)(B) by October 20, 2006.   Plaintiffs have done so, and the Court is prepared to rule on the defendants' request for extension without further briefing.

According to the scheduling order entered in this case, expert witness disclosures were due on September 15, 2006 (Dkt. # 53 at 18).  In that same order,

at 21, this case was set for trial on November 27, 2006.  It appears that defendants did

not make timely disclosure of any expert witness testimony, nor did they timely seek to

extend the time to make such disclosures prior to the September 15, 2006 deadline.

However, by order entered on October 11, 2006, this Court granted the parties'

joint motion to reschedule the trial, and to adjust accordingly the schedule for discovery

cutoff, dispositive motions and submission of the pretrial order but no mention was

made in that Order regarding defendants' designation of expert witnesses (Dkt. # 80).

Nonetheless, on October 14, 2006, defendants filed a document captioned "Rule

26(a)(1) and Designation of 26(a)(2) Disclosures" (Dkt. # 83).  In that filing, defendants

indicate that they plan to call Mr. Terry Gudgel as an expert witness, although there is

no description of the subject of his testimony (*id.* at 4).

Although it appears that defendants have entirely failed to timely comply with

this Court's scheduling order, the Court will grant defendants' out of time request to

designate Mr. Gudgel, only, as an expert witness, provided that they provide plaintiffs

with an expert witness report as to the subject area of his testimony no later than

October 31, 2006.  Thereafter, plaintiffs may take a deposition of Mr. Gudgel if they so

desire, and designate a rebuttal expert, if any, by November 20, 2006.

No further extensions will be granted regarding defendants' request for time to

designate expert witnesses.  Defendants' Motion (Dkt. # 84) is thus GRANTED in part

to the extent set forth above.

DATED:  October 24, 2006                BY THE COURT:

                                        *s/ Phillip S. Figa*

                                        _____

                                        Phillip S. Figa
                                        United States District Judge