IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00681-PSF-CBS

PLAYHARD, INC., a Colorado corporation; and
NITE IZE, INC., a Colorado corporation,

    Plaintiffs,

v.

GURU, INC., an unknown corporation;
SCHYLLING ASSOCIATES, INC., a Massachusetts corporation;
KOHL'S DEPARTMENT STORES, INC., a Delaware corporation;
MATHEW MOWBRAY, an individual; and
DOES 1-9, inclusive,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendants' Motion to Participate in Settlement Conference Via Telephone Conference and In Person (*doc. no. 90)* is **DENIED**. The court will require the physical appearance of Defendant Mowbray at the settlement conference.

    IT IS FURTHER ORDERED that in light of representations made by counsel for Defendant Mowbray regarding Mr. Mowbray's inability to attend the November 2, 2006, settlement conference in person, the court will hereby **VACATE** the proceeding.

    Counsel are directed to confer and contact the court (303.844.2117) to reset the settlement conference for a time when Mr. Mowbray can attend in person.

**DATED:**    October 31, 2006