IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00681-PSF-CBS

PLAYHARD, INC., a Colorado corporation; and
NITE IZE, INC., a Colorado corporation,

      Plaintiffs,

v.

GURU TOYS, LTD., a New Zealand corporation;
MATHEW MOWBRAY, an individual; and
DOES 1-9, inclusive,

      Defendants.

## ORDER GRANTING MOTION FOR LEAVE TO FILE RESPONSE

Spin Master, Inc.'s Unopposed Motion for Leave to File a Response to Plaintiff's Motion to Enforce Preliminary Injunction (Dkt. # 95) is GRANTED.  Spin Master, Inc. shall have to and including November 7, 2006, within which to file and serve its response to plaintiff's motion.

DATED:  November 2, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge