IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00681-PSF-CBS

PLAYHARD, INC., a Colorado corporation; and
NITE IZE, INC., a Colorado corporation,

    Plaintiffs,

v.

GURU TOYS, LTD., a New Zealand corporation;
MATHEW MOWBRAY, an individual; and
DOES 1-9, inclusive,

    Defendants.

---

**ORDER ON DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME
AND MOTION TO STRIKE AND FOR SANCTIONS**

---

    This matter is before the Court on Defendants' Second Motion for Extension of Time to November 6, 2006 to Respond to Plaintiff's Motion to Enforce the Preliminary Injunction (Dkt. # 101), filed November 6, 2006, and Defendants' Motion To Strike and For Sanctions (Dkt. # 100), also filed November 6, 2006.

    Defendants' Second Motion for Extension of Time through November 6, 2006 (Dkt. # 101) is DENIED as moot as defendants had already filed their response to the plaintiffs' Motion to Enforce on November 4, 2006 (Dkt. # 99).

    Defendants' Motion To Strike and For Sanctions (Dkt. # 100) is itself STRICKEN for failure of counsel to adhere to the duty to confer under D.C.COLO.LCivR. 7.1. Defendants' counsel's statement that he left a "voice mail" for plaintiffs' counsel on "the morning of November 6, 2006" is not satisfactory under the duty to confer or attempt to

confer in good faith, particularly given the nature of the motion to strike and the CM/ECF filing receipt indicating that the Motion to Strike and for Sanctions was filed at 9:31 a.m. that morning.

DATED: November 7, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge