IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00681-PSF-CBS

PLAYHARD, INC., a Colorado corporation; and
NITE IZE, INC., a Colorado corporation,

      Plaintiffs,

v.

GURU TOYS, LTD., a New Zealand corporation;
MATHEW MOWBRAY, an individual; and
DOES 1-9, inclusive,

      Defendants.

---

## ORDER GRANTING LEAVE TO DEPOSE MATHEW MOWBRAY

---

      Having considered Plaintiffs' Unopposed Motion for Leave of Court to Depose

Mathew Mowbray After the Close of Discovery (Dkt. # 109), the Court hereby

      ORDERS that said motion is GRANTED.  Plaintiffs have leave of the Court to

take the Deposition of Mathew Mowbray on November 10, 2006.

      DATED:  November 13, 2006, *nunc pro tunc* November 9, 2006

                            BY THE COURT:

                            *s/ Phillip S. Figa*

                            _____

                            Phillip S. Figa
                            United States District Judge