IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00681-PSF-CBS

PLAYHARD, INC., a Colorado corporation; and
NITE IZE, INC., a Colorado corporation,

    Plaintiffs,

v.

GURU TOYS, LTD., a New Zealand corporation;
MATHEW MOWBRAY, an individual; and
DOES 1-9, inclusive,

    Defendants.

## ORDER VACATING MOTIONS HEARING AND STAYING PROCEEDINGS

On Friday, November 17, 2006, the undersigned was advised by the Magistrate Judge in this matter that the parties are discussing settlement. In light of the upcoming settlement conference with the Magistrate Judge, all matters and deadlines in this case are STAYED and the motions hearing set for November 20, 2006 at 3:00 p.m. is VACATED. It is

FURTHER ORDERED that within 48 hours of the December 5, 2006 conference with the Magistrate Judge, the parties shall file for the Court a joint status report regarding the case.

DATED: November 20, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge