IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00681-PSF-CBS

PLAYHARD, INC., a Colorado corporation; and
NITE IZE, INC., a Colorado corporation,

      Plaintiffs,

v.

GURU TOYS, LTD., a New Zealand corporation;
MATHEW MOWBRAY, an individual; and
DOES 1-9, inclusive,

      Defendants.

## CONSENT JUDGMENT ORDER

This action having come before this Court on the parties' Stipulated Motion to Dismiss (Dkt. # 131), and it being represented to the Court that the parties have agreed to a compromise settlement of this action and have resolved all issues relating to this matter, a copy of which was attached to the motion:

WHEREFORE, with the consent of the parties, through their undersigned attorneys, it is hereby ORDERED, adjudged and decreed as follows:

1.     This civil action, including all claims, counterclaims, defenses, and requests for relief of any kind or by any party pertaining to the causes of action in this case, is hereby DISMISSED WITH PREJUDICE, each party to pay his or its own costs, expenses and attorney fees.

2.     This Court retains jurisdiction to enforce the terms of the Settlement Agreement, if needed.

IT IS FURTHER ORDERED that the plaintiffs' Unopposed Motion for Extension of Time to Submit Stipulated Motion to Dismiss (Dkt. # 130) is DENIED AS MOOT.

DATED: February 1, 2007

BY THE COURT:

*s/ Phillip S. Figa*

Phillip S. Figa
United States District Judge

| **GURU TOYS, LTD.** | **MATHEW MOWBRAY** |
|---|---|
| *s/ Chad C. Soliz* | *s/ Chad C. Soliz* |
| Chad C. Soliz | Chad C. Soliz |
| 1401 South Taft Avenue, Suite 202 | 1401 South Taft Avenue, Suite 202 |
| Loveland, CO 80537 | Loveland, CO 80537 |
| Telephone: 970-461-9375 | Telephone: 970-461-9375 |
| Facsimile: 970-461-9376 | Facsimile: 970-461-9376 |
| Attorney for Guru Toys, Ltd. | Attorney for Mathew Mowbray |

| **PLAYHARD, INC.** | **NITE IZE, INC** |
|---|---|
| *s/ Carl A. Forest* | *s/ Carl A. Forest* |
| Carl A. Forest | Carl A. Forest |
| Patton Boggs LLP | Patton Boggs LLP |
| 1660 Lincoln Street, Suite 1900 | 1660 Lincoln Street, Suite 1900 |
| Denver, CO 80264 | Denver, CO 80264 |
| Telephone: 303-894-6114 | Telephone: 303-894-6114 |
| Facsimile: 303-894-9239 | Facsimile: 303-894-9239 |
| Attorneys for Playhard, Inc. | Attorneys for Playhard, Inc. |